IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CANDACE DYRKFA**, *Individually*
*and as Representative of the Estate*
*of John E. Dryfka, Deceased,*

      **Plaintiff,**

  -vs-

**TRANE US, INC., et al.**

      **Defendants.**                         NO.  13-cv-1019-DRH

## ORDER

**HERNDON, Chief Judge**

    Pursuant to 28 U.S.C. §455, the undersigned judge hereby RECUSES himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge William D. Stiehl.  All further documents filed in this matter shall bear case number 13-cv-1019-WDS-DGW.

**IT IS SO ORDERED.**

**DATED:** October 3, 2013

Digitally signed by David R. Herndon
Date: 2013.10.03 10:00:54 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT