07411.00089

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDACE DRYFKA, Individually and as Representative of the Estate of JOHN E. DRYFKA, Deceased,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TRANE US, INC, f/k/a AMERICAN STANDARD INC., including GENERAL DYNAMICS D/B/A GENERAL DYNAMICS ELECTRIC BOAT, *et al.*,<br><br>　　　　　　　Defendants. | Civ. No. 3:13-cv-01019 |

## STIPULATION OF CONSENT TO REMAND

Defendant General Dynamics Corporation, by and through its attorneys, agrees and stipulates to remand and transfer this matter to the Circuit Court, Third Judicial Circuit of Madison County, Illinois, Case no. 2012L 000042 where it was originally filed.

The parties hereto stipulate and agree to a waiver of any and all claims for fees, costs and expenses in this matter as against each other.

CANDACE DRYFKA,
Plaintiff

By: _/s/ Randy Gori_
　　Randy L. Gori, Esq.
　　Barry Julian, Esq.
　　GORI, JULIAN & ASSOCIATES, PC
　　156 North Main Street
　　Edwardsville, IL 62025
　　Tel: 618-6598-9833
　　Fax: 618-659-9834

GENERAL DYNAMICS CORPORATION,
Defendant

By: _/s/_
　　Anthony M. Goldner
　　William S. Cook
　　WILSON, ELSER, MOSKOWITZ,
　　　EDELMAN & DICKER LLP
　　55 W. Monroe Street, 38th Floor
　　Chicago, Illinois 60603
　　(312) 704-0550

5808975v.1
5810813.1