IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDACE DRYFKA, individually and as Representative of the Estate of JOHN E. DRYFKA, deceased,<br><br>    Plaintiff,<br><br> -vs-<br><br>TRANE US, INC., et al.,, including GERNERAL DYNAMICS CORP.,<br><br>    Defendants,<br><br> -vs-<br><br>GEORGIA PACIFIC, et al.,<br><br>    Cross-Claimants. | NO. 13-1019-SCW |

## JUDGMENT IN A CIVIL CASE

  Defendant **GENERAL DYNAMICS CORP.** was dismissed with prejudice by an Order entered by Magistrate Judge Stephen C. Williams on February 19, 2014 (Doc. 65).

  **IT IS ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 12-L-42.  The remaining motions will remain pending for resolution by the state court judge by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 61).

  **DATED**: February 20, 2014

                      **NANCY J. ROSENSTENGEL, CLERK**

                      **BY: S/Angela Vehlewald**
                          Deputy Clerk

Approved by s//Stephen C. Williams
    United States Magistrate Judge
      Stephen C. Williams